NO. 07-09-0199-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 15, 2009
_____

CHARLES LEE HESS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 57,241-E; HONORABLE DOUGLAS WOODBURN, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ORDER OF DISMISSAL**

Appellant, Charles Lee Hess, appeals his conviction for injury to an elderly individual. The certification of right to appeal executed by the trial court states appellant waived the right of appeal. We brought this matter to the attention of appellant's counsel by letter and granted her an opportunity to obtain an amended certification entitling appellant to appeal. No such certification was received within the time granted. Having

received no amended certification, we dismiss the appeal in compliance with Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.